STEPHEN G. PONGRATZ, Bar No. 131276
stevep114@cs.com
ERIC D. HITCHCOCK, Bar No. 230630
ehitchcock@bprlaw.net
BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA 95827
Telephone:  916.369.9750
Facsimile:  916.369.9760

Attorneys for Plaintiff
BRIAN WIEGAND


ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
ALISON CUBRE, Bar No. 257834
acubre@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
STATE FARM LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WIEGAND, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE FARM LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.  2:12-cv-02257-EFB<br><br>**STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND ORDER**<br><br>COMPLAINT FILED: July 19, 2012<br>TRIAL DATE:         July 22, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION TO CONTINUE DATE FOR
INITIAL DISCLOSURES AND ORDER

CASE NO.  2:12-CV-02257-EFB

Plaintiff Brian Wiegand and Defendant State Farm Life Insurance Company, by and through their respective counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), to continue the deadline to serve initial disclosures to December 4, 2012.

**IT IS SO STIPULATED.**

Dated: November 8, 2012

*/s/ Eric D. Hitchcock*
STEPHEN G. PONGRATZ
ERIC D. HITCHCOCK
BEYER, PONGRATZ & ROSEN

Attorneys for Plaintiff
BRIAN WIEGAND

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN IT.**

Dated: November 9, 2012

*/s/ Alison Cubre*
ARTHUR M. EIDELHOCH
ALISON CUBRE
LITTLER MENDELSON, P.C.

Attorneys for Defendant
STATE FARM LIFE INSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: November 13, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Firmwide:115923786.1 021168.1120

STIPULATION TO CONTINUE DATE FOR INITIAL DISCLOSURES AND ORDER    1.    Case No.  2:12-cv-02257-EFB