STEPHEN G. PONGRATZ, Bar No. 131276
stevep114@cs.com
RALPH C. LEE, Bar No. 258608
rlee@bprlaw.net
BEYER, PONGRATZ & ROSEN
3230 Ramos Circle
Sacramento, CA 95827
Telephone:  916.369.9750
Facsimile:  916.369.9760

Attorneys for Plaintiff
BRIAN WIEGAND

ARTHUR M. EIDELHOCH, Bar No. 168096
aeidelhoch@littler.com
ALISON CUBRE, Bar No. 257834
acubre@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant
STATE FARM LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WIEGAND, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE FARM LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.  2:12-cv-02257-EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT STATE FARM LIFE INSURANCE COMPANY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [PROPOSED] ORDER**<br><br>COMPLAINT FILED:     July 19, 2012<br>TRIAL DATE:                 July 22, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION FOR DISMISSAL;
[PROPOSED] ORDER

CASE NO.  2:12-CV-02257-EFB

**IT IS HEREBY STIPULATED** by and between Plaintiff Brian Wiegand and Defendant State Farm Life Insurance Company, through their designated counsel of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED** and agreed that each party to this litigation shall bear his/its own costs and attorneys' fees incurred in conjunction with this action.

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

Dated: September 27, 2013

*/s/* Alison Cubre
ARTHUR M. EIDELHOCH
ALISON CUBRE
LITTLER MENDELSON
Attorneys for Defendant
STATE FARM LIFE INSURANCE
COMPANY

Dated: August 28, 2013

*/s/ Ralph C. Lee*
STEPHEN G. PONGRATZ
RALPH C. LEE
BEYER, PONGRATZ & ROSEN
Attorney for Plaintiff
BRIAN WIEGAND

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER    1    CASE NO. 2:12-CV-02257-EFB

## **ORDER**

**IT IS HEREBY ORDERED** that this action shall be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. (41)(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that each party to this litigation shall bear his/its own costs and attorneys' fees incurred in conjunction with this action.

**IT IS SO ORDERED.**

Dated: October 1, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Firmwide:122586587.1 021168.1120

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION FOR DISMISSAL;
[PROPOSED] ORDER                    2.                    CASE NO.  2:12-CV-02257-EFB