1   STEPHEN G. PONGRATZ, Bar No. 131276
    stevep114@cs.com
2   RALPH C. LEE, Bar No. 258608
    rlee@bprlaw.net
3   BEYER, PONGRATZ & ROSEN
    3230 Ramos Circle
4   Sacramento, CA 95827
    Telephone:  916.369.9750
5   Facsimile:  916.369.9760

6   Attorneys for Plaintiff
    BRIAN WIEGAND
7

8   ARTHUR M. EIDELHOCH, Bar No. 168096
    aeidelhoch@littler.com
9   ALISON CUBRE, Bar No. 257834
    acubre@littler.com
10  LITTLER MENDELSON, P.C.
    650 California Street
11  20th Floor
    San Francisco, California  94108.2693
12  Telephone:     415.433.1940
    Facsimile:     415.399.8490
13
    Attorneys for Defendant
14  STATE FARM LIFE INSURANCE COMPANY

15

16                   UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18  | BRIAN WIEGAND, an individual, | Case No.  2:12-cv-02257-EFB |

19  |                        Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT STATE FARM LIFE INSURANCE COMPANY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii); [~~PROPOSED~~] ORDER** |

20  |        v. | |

21  | STATE FARM LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive, | |

22  | | |

23  |                      Defendants. | COMPLAINT FILED:     July 19, 2012 TRIAL DATE:              July 22, 2014 |

24

25

26

27

28

STIPULATION FOR DISMISSAL;
[PROPOSED] ORDER                                    CASE NO.  2:12-CV-02257-EFB

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Brian Wiegand and

2    Defendant State Farm Life Insurance Company, through their designated counsel of record, that the

3    above-captioned action shall be, and hereby is, dismissed with prejudice, pursuant to Federal Rule of

4    Civil Procedure 41(a)(1)(A)(ii).

5    **IT IS FURTHER STIPULATED** and agreed that each party to this litigation shall

6    bear his/its own costs and attorneys' fees incurred in conjunction with this action.

7    I, the filer of this document attest that all other signatories listed, and on whose behalf

8    the filing is submitted, concur in the filing's content and have authorized the filing.

9    **IT IS SO STIPULATED.**

10   Dated: September 27, 2013

11   _/s/ Alison Cubre_
     ARTHUR M. EIDELHOCH
12   ALISON CUBRE
     LITTLER MENDELSON
13   Attorneys for Defendant
     STATE FARM LIFE INSURANCE
14   COMPANY

15   Dated: August 28, 2013

16   _/s/ Ralph C. Lee_
     STEPHEN G. PONGRATZ
17   RALPH C. LEE
     BEYER, PONGRATZ & ROSEN
18   Attorney for Plaintiff
     BRIAN WIEGAND

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION FOR DISMISSAL;
[~~PROPOSED~~] ORDER                    1                    CASE NO.  2:12-CV-02257-EFB

1

## <u>ORDER</u>

2      **IT IS HEREBY ORDERED** that this action shall be dismissed in its entirety, with

3   prejudice, pursuant to Fed. R. Civ. P. (41)(a)(1)(A)(ii).

4      **IT IS FURTHER ORDERED** that each party to this litigation shall bear his/its own

5   costs and attorneys' fees incurred in conjunction with this action.

6      **IT IS SO ORDERED.**

7

8   Dated:  October 1, 2013.

9   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

10  Firmwide:122586587.1 021168.1120

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION FOR DISMISSAL;
[PROPOSED] ORDER                    2.                    CASE NO.  2:12-CV-02257-EFB